# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID B. McGARREY,         )
         )
         Plaintiff,       )
         )
         v.         )    02: 07cv1556
         )
MRS. MARQUART, Records Supervisor at  )
SCI Mercer, individually;      )
MR. STOWICKY, Superintendent of SCI  )
Mercer, individually,      )
BRIAN McCOLLIN, Director of CCC   )
Allekiski, individually,      )
JASON GORDISH, Pennsylvania Department )
of Corrections Counselor, individually;  )
MR. GENT, SCI Mercer employee,   )
individually;        )
JANET KIMMELL, SCI Mercer Counselor, )
individually;        )
DAVID JENKINS, Community Corrections )
Parole Agent, individually;     )
JOANNE RICARDI, RSAT Supervisor  )
Parole Agent, individually;     )
KATHERINE ROWE, Case Analysis PBPP, )
individually;        )
ALLEN M. ROBINSON, PBPP Assistant  )
Counsel, individually;      )
INVESTIGATOR RAY HEINLE,    )
Pennsylvania Department of    )
Corrections, individually;     )
UNKNOWN DEFENDANTS,     )
         )
         Defendants.   )

## ORDER OF COURT

**AND NOW,** this 3rd day of December 2007, it appearing that counsel for Plaintiff

entered a "Limited Notice of Appearance on behalf of Plaintiff, David B. McGarrey" which

requested that the Court limit his representation to the "Eastern District of North Carolina,"

It is now **ORDERED** that counsel shall notify this Court of his intention, if any, of continuing to represent Plaintiff, David B. McGarrey, in light of the case being transferred to the United States District Court for the Western District of Pennsylvania.  Should counsel desire to terminate his representation, he is **ORDERED** to file a Motion to Withdraw forthwith.

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc:       Slade Culli Trabucco, Esquire
Trabucco Law Group, PA
29 North 3rd Street
Wilmington, NC 28401

David B. McGarrey
4326 Market Street, Suite 53
Wilmington, NC 28403

Mariah Passarelli, Esquire
Office of the Attorney General
Email: mpassarelli@attorneygeneral.gov